1.

United States District Court
Northern District Of Illinois
Eastern Division

**RECEIVED**
APR 2 8 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kolawole Smith,

         Plaintiff,

Vs

         Defendants

Illinois State Police

Sgt Wilbert Norey
Officer Chester Montgomery
+Chester Partner John Doe
Sgt Veronica Harris+ Her Partner
Jane Doe
Security Officer Akilah Marshall

**08CV 2414**
**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**

Civil Complaint

Jury Trial Demanded

COMPLAINT

I went to the library on Chicago State University on May. 29, 2007. Like I always do because its State Funded Land there fore its open to the public. So I am suing because my 1, 4, and 14 US Constitution Rights were violated. Also my rights protected under The Civil Rights Act Of 1964 , Title (2) Sec 201 (A) 4 (B) + Title ( 2) 203 (A) ,(B) And (3) Sgt Wilbert Norey did all this to me and the others maliciously. But Sgt Wilbert Norey was the ring leader it was all a joke to him. From when they first ran my name bogusly while I was in the library using the computers . Violating my 4 US Constitution right on May 29 2007. To when Sgt Veronica Harris and partner locked me up .On June 12 .2007 and violated my 1 US Constitution right Freedom Of Speech . Because I asked what was Akilah Marshall name .The security guard who started this all on May 29 , 2007. She then got on the phone and when Sgt Veronica and partner arrived . I told them her that I had just ask for her name for court .And she replied I should not asked her nothing .And they arrested me and charged me with a false charge of criminal trespass .
To state supported land yes its state funded .Thats why its open to the public and they did not care .They knew and know that I was not trespassing .And that its open to the public but they just choose .To think that they are above the law and can break it .But I am here for justice and these officers. Who job is to up hold the law instead they are breaking it.

2.

I also stand on under law Title 42 The Public Health And Welfare Chapter 21-----Civil Rights
Ses.1981 Equal Rights Under Law (A)+(C) Also I stand on under law Title 42 The Public
Health And Welfare Chapter 21----Civil Rights Sec.1983 Civil Action For Deprivation
Of Rights Aiso stand on under our law Title 42 The Public Health And Welfare
Chapter 21--- Civil Rights sec.1985 Conspiracy To Interfere With Civil Rights (3)
I also stand on the 12 amendment of IL Constitution .For my right fopr remedy and
Justice for what was done to me.

Cause Of Action

Ok I went to the Chicago State University Library which is state funded land .I had been there
plenty of times to before . To use the computers there and mine my business. But
on May .29, 2007 something went wrong .As I walked to the counter to give the security
guard my Id .And take a one day pass from her. Because that's how they do it if you are
just a patron. And not a student at the college you must show Id .At the desk and they then give
you a one day pass to enter .So on this day the guard Akilah Marshall .Tells
me they were out of the one day pass .But give here my Id so I did do that .But she left
my I d lying on the counter .And since all this idenity theft is going on .I told her could she put
my Id in the box where it belongs. Because they have I box they keep the Ids in .
She was so bizzy talking and not doing her job .Now I m just telling her what's s right
because Ids belong in the box. So Akilah Marshall tells me that if she was somebody else.
That they would kick me out when I was only .Telling her to put my Id where it belongs
That she was being nice because anybody else would . Kick me out so that's when I told
her. That nobody gone violate my rights I know my rights .Now the subpoenas tapes will
show this was about 8 am something. Because it had just open so I told Akilah Marshall
I come in peace.And that I was just telling you that because I don't want my identity stolen. See
we would not had this problem if she was doing her job. And her job is to
take Ids put them in the box.Not leave them lying on counter so everybody can see .
 And give a patron a one day pass that's how job .Ok so I go to computer after I told
her about leaving my I d around and not .Puting it in the box but then I like he
know .That I was not really mad at her for that .And that I came in peace like always
when I go there .Never had trouble with no other guard because they did there job.
So I go to use the computer and remember I came at 8 am something. When it first opened now I
m on the computer .I say 3 to 4 hours later and subpoena video tapes
at trial will go with my story not there's. And arrest paper will prove story time and
everything at trial.So its like 12 in the after noon and SGT Wilbert Norey .The one
that used criminal coercion (2) .Arrives with two other officers and at trial the subpoenas tapes
will go with my story.And not there's so they walk to me and say you got a warrant.
And the first thing I say was u had no business running my name.I WAS NOT UNDER ARREST
I was in the Public Library .Mining my business so that's were they violated
My 4 US Constitution Amendment Right .They had no right to run my name I was not
UNRED ARREST.But Sgt Wilbert Norey thinks his is above the law and that he can do .
What he wants and not obey the law himself because he is a Sgt .Well I got news for
Him nobody is above the law not even the President NOBODY. So I got a warrant that
Had no grounds of running my name .And by the time frame you can see .That it was all
premeditated because I came in .At about 8 something and about 12 in the afternoon .
Here they come talking bout I got a warrant .Subpoenas video tapes will prove my story
Like I said before at trial .Because they are guilty of violating my civil rights US Constitution and

3.

my civil rights under THE CIVIL RIGHTS ACT OF 1964. So
We go the station on C.S.U campus and that's where .The crooked side of Sgt Wilbert
Came out on me .Ok the library is op[en to the public he must of thought I was new there And
did not know that it is STATE FUNDED LAND. So I played dumb right along with
Sgt Wilbert Norey the CROOKED SGT .Yes I said he is crooked and I got proof and
Evidence to back it up .No body don't like him none of the other officers .They just go
along with him because he is Sgt .But off this one he could lose hes job .Because
Sgt Wilbert Norey was the ring leaded of this .A ND GOT TAPES OF HIM
CONFESSING THAT HE KNEW RUNNING MY NAME WAS WRONG .
ALSO OF HIM SGT WILBERT MAKING A JOKE ABOUT MY STAY IN COOK COUNTY
JAIL . FOR ALMOST 3 MONTH BECAUSE OF THE FALSE TRESPASS
CHARGE HE PUT ON ME .BUT IT WAS DISMISS ON MY TRIAL DAY.ALSO ON
THE TAPES HE THREATING TO TO MAKE ME DON'T BE ABLE TO WALK NO MORE
.IF I EVER CAME BUT TO THE PUBLIC LIBRARY . NOW THIS IS A SGT TELLING ME
THIS A POLICE WE DON'T NEED POLICE . LIKE THIS POINT BLANK AND I ALSO
HAVE HIM SAYING IF I COME BACK IM BE BACK AT 26 AND CALIFORINIA WITH 3
HOT AND A COT AND A HUSBAND  CALLING ME A JUST DID 3 MONTH IN THE
COUNTY JAIL BEATING THE FALSE TRESPASS CHARGE .HE WAS I.I.E.D.
INTENTIONAL INFLICTION EMOTIONAL
DISTRESS HE SAID I WAS GONE BE A HOMOSEXUAL IF I CAME BACK TO THE
PUBLIC LIBRARY AND LAST BUT NOT LEAST SGT WILBERT NOREY IS GUILTY OF
CALLING ME THE N ----- WORD YES I HAVE THE TAPE OF HIM CALLING ME A
NIGGER  A NIGGER I CANT WAIT FOR THRE JUDGE AND JURY TO HER SGT
WILBERT NOREY CONFESSING ON TAPE .THEN WE GONE
SEE WHO LYING AND WHO IS TELLING THE TRUTH AT TRIAL. Ok back to
The station on MaY 29 2007 .Sgt Wilbert Norey tells me am trespassing when im not
Lies and uses criminal coercion (2) Black Law Definition .This is what he says you
Know you trespassing so I so no I m not. So this is how Sgt Wilbert Norey used
Criminal coercion(2) on me .He Sgt Wilbert Norey accuse me of trespassing and
Told me that if I sign the waiver that he would not .Charge me with criminal  trespass
Ok I see this guy is crooked.So im thinking to myself aint no telling what this .Guy
Will do he just run my name bogusly now he lying saying that I m trespassing. Ok
I don't need a nother false charge im bout to .Go to the county and clear this warrant
Up and I don't need a nother false charge .Because im fighting one now so I agree
And sign the wavier after I saw that SGT WILBERT NOREY WAS A CROOK.
I said I can sign it and always tell that he made me sign it with CRIMINAL COERCION
(2).So that's the only reason I signed it because THAT CROOKED SGT WILBERT NOREY
MADE ME DO IT . And to really prove he is a crook and liar and don't need to
be a police .Let alone SGT on my arrest paper he still charged me with trespassing .So he
lied and is a crook and its time SGT WILBERT NOREY BE BROUGTH TO JUSTICE.
With the evidence and tape of him confessing he should .Because its to many crooks on
The streets to have to worry about THE POLICE THE ONES WHO JOB IS TO PROTECT US
NOT DO WHAT SGT WILBERT NOREY IS GUILTY OF II TIME TO
SHINE SOME LIGHT ON  HIM .TO SEE WHATS REALLY GOING ON .AND THIS TAPES
WILL SHOW EVERYBODY THE REAL CROOKED SGT WILBERT NOREY .And how it
was all a joke to him it was funny to him. Because when I was in the station on the May 29, 2007
.When I told him if it was not open to the public.  Why is

4.

everybody else in the library then. If its not open to the public and he said. I QUOTE
EVERYBODY IN THE CLUB GETTING TIPSY .It was all game to him while he was
Violating my rights. So on that day My 29,2007 they ran my name violating my 4 US
Constitution right .Then Sgt Wilbert Norey used criminal coercion to make me sign a
wavier .He had it all planed out lie and act like I was trespassing .Act like he was giving
me a brake to make me sign it .Then have it and hold it for later on. In case I every
came back to use the public library .But now thank KING OF KING JESUS SGT
WILBERT NOREY .Will be exposed at the trial with tapes and evidence. Ok say
I go to cook county fro the warrant .That I had and the case got threw out .But I
stay in jail for a week and since I was innocent I ask for a jury trial but the false
charge was dismissed. So I return to C.S.U. June .12, 2007 first thing I do was
go to the campus station. Because they had my cash that they had inventoried.
So I go to the campus station to get my cash .But when I got there they told me.
To come back something about they did not have the key.So while I was there
I asked Sgt Veronica Harris #302.For the security guard who had started this
all.Because I told her to do her job and she got mad on May.29,2007.So she
gave me her name and Sgt Wilbert Norey name. So I left heading back to the
C.S.U. library that's open to the public .And Akilah Marshall was at the desk
working .So I asked her what's her name because she had violated me on MAY
29 2007.So she did not tell me so I told her I knew .Her name and that's when she
picked up the phone and dialed the cops.So I'm like I did not do nothing .But ask her
name Im not worried .I committed no crime that's what I thinking .So SGT Harris
came with another lady .And I told them that I had just asked her name .And that
when Sgt Harris said I should not asked her nothing .And just for me asking her name
they arrested me and charged me with a false trespass charge.So they taken me to 111
station I leave there about at 6:43 p.m. And head back to C.S.U so I go to get my property
that they had inventoried.When they arrested me so I get my property and head towards
the library.So I go in the library and start using the computers like the other patrons.So
its bout 10 pm and the library is about to close.So I am not knowing they was plotting
to arrest me a second time in one day .On June .12,2007 so when me and the rest of
the patrons are leaving the library.A Sgt said something so I stopped and thats when.
Officer Chester Montgomery ask me was I HOMELESS and why I keep coming back .
I must of told him that its open to the public and I go where ever.So he gets mad and him
and his partner cuff me.So his partner grabs me and now we are walking to the police car.
So he Officer Chester Montgomery gets mad .And he got the nerve to throw my property
in the trash can.So right then I stopped dead in my tracks.And say get my stuff out the trash
you just gone throw all my stuff away.So I said I am not moving you gone have to kill me .
And thats when Officer Chester Montgomery used excessive force.Because I had hand cuffs on
HE GRAB MY NECK AND STARTED CHOKING ME ANDSAID I QUOTE I WILL KILL
YOU.So thats what happen and his partner did not choke me .But he did not do nothing to stop it
either.So he is as guilty as Chester because he did not say stop choking him.Or he did not say do
not
tell him that you will kill him .He did not say nothing he was riding with his partner .And he saw
what
Chester did to me I not gone lie on him and say .He choked me also cause that would be a lie
.But I
will say that he witness it all and he did not stop Chester .He did not say get his stuff out the trash

5.

or
dont choke him.Or do not say you will kill him so even because he did not touch me.Hs as guilty as
CHESTER MONTGOMERY because he did not stop CHESTER .And he saw it all but did nothing
to help me and he knew I WAS DEFENCELESS WITH HAND CUFFS ON.But this are the police
and they are acting like this wheres the JUSTICE at.So I GO TO COOK COUNTY FOR THE FALSE TRESPASS CHARGES .They get threw out but I SPEND FROM JUNE 12 TO JUNE 25
in the COUNTY .And JULY 13 TO OCT 2 BEFORE both false charges where threw out .So thats
about 3 months out my life in jail.For nothing because crooket cops who want to twist the law and think
they are above it .BUT IM BACK FOR JUSTICE I DID MY TIME IN JAIL AND BEAT ALL THE
FALSE TRESPASS CHARGES.THEY KNOW AND I KNOW THAT I WAS NEVER TRESPASSING .They know its open to the PULIC AND ALSO STATE FUNDED SO
THE PUBLIC CAN COME IN .But they charge me with CRIMINAL TRESPASS TO STATE SUPPORTED LAND .But that was not to smart cause on thing that says is .That its not private and that since the state is funding it its OPEN TO PUBLIC .And I also have Sgt WILBERT NOREY on tape .Mocking me for being locked up for his false charge .Also I have Sgt Wilbert NOREY ON TAPE .Lying saying that the library is not open to the public.( LIE #1) Plus on this tape he says if I COME BACK TO THE LIBRARY THATS OPEN TO THE PUBLIC .
IM GONE BE BACK AT 26 CALIFORNIA WITH 3 HOTS AND A COT AND A HUSBAND.
AND SGT WILBERT THREATING MY LIFE AND SAID IF I COME BACK I WANT BE ABLE TO WALK NO MORE.AND LAST BUT NOT LEAST AND I CAN NOT WAIT FOR THE JUDGE AND JURY TO HEAR THIS.SGT WILBERT NOREY CALLS ME THE N------WORD .YES HE CALLED ME A NIGGER WHEN I TOLD HIM HE USED CRIMINAL COERCION (2) ON ME THATS WHY I SIGNED THAT WAIVER ON MAY 29 2007
BUT I DID NOT SIGN ON BOTH TIMES THEY ARRESTED ME ON JUNE .12 2007
AND ALL WILL BE SUBPOENAS FOR COURT AND THE TRUTH .WILL COME OUT .


PRAYER FOR RELIEF UNDER THE TORT LAW FOR DAMAGES
INTENTIONAL TORTS
#1( IIED) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

I am the one who suffered all this hurt and pain because .Some body think thet are above the law because they work with the law.From getting arrested and having criminal coercion used on me .By someone who jobs is to up hold the law its just not right.But today I come to you because

6.

this
is AMERICA FREE LAND .And its a shame to know that our police officer the ones.Who jobs
is to serve and protect done this to me and maliciously.Not caring about my civil rights and SGT
WILBERT NOREY WAS LAUGHING AT ME .He did not care that i went to jail for a false
trespass .Spent almost 3 months around KILLER DRUG DILLERS, THEFTS, RAPEST,
HOMOSEXUALS HE JUST SAID AND I QUOTE FOR THE TAPE .YOU GONE HAVE 3
HOTS AND A COT AND A BOYFRIEND IF I EVER COME BACK TO THE LIBRARY AT
C.S.U. THATS OPEN TO THE PUBLIC.I COULD OF BEEN KILLED IN JAIL AND HE
GOT THE NERVE TO STAY IM GOING BACK NO U GOING BACK SGT WILBERT
NOREY
 WHEN ALL THIS EVIDENCE COME OUT AT OUR TRIAL BUDDY SO FOR ALL THE
WRONG
ALL THE DEFENDENTS DID KNOWING THAT THEY WERE IN THE WRONG I
   DEMAND
1,000,000 IN (IIED) DAMAGES AND 1,500,000 IN PUNITIVE DAMAGES SO THEY WILL
   NEVER DO
THIS TO NO ONE EVER AND THEM SELF OBEY THE LAW


                              PRAYER FOR RELIEF UNDER THE TORT LAW FOR
DAMAGES
                                       NEGLIGENT
                #2(NIED)  NEGLIGENT INFLICTION OF EMOTIONAL
DISTRESS

They are also negligent for all the pain suffering they caused in my life as well.They did this to
me maliciously
not caring about my civil rights .Knowing they was wrong SGT WILBERT NOREY even made a
joke on
May .29.2007 .When he used criminal coercion #2 to sign a wavier .By lying saying I was
trespassing when
the library is open to pubic patrons When I told him that day why they still using the computers.If
it aint open
to the public .And he said I QUOTE  HIM  AS SAYING( EVERYBODY IN THE CLUB
GETTING TIPSY)
And on JUNE 12 2007 .HE THREATEN TO MACE ANF CUFF ME AND BEAT ME
UP.BECAUSE I
REFUSED TO SIGN WAVIER ON JUNE 12 2007.HE GOT MAD BECAUSE I WOULD NOT
SIGN
AND THATS WHEN THE JANE DOE OFFFICER ON THIS CASE .TOLD HIM TO MAKE
ME SIGN IT .
I DO NOT KNOW HER NAME SHE IS THE JANE DOE WHO WAS WITH SGT HARRIS
AND ARRESTED ME
THE FIRST TIME ON JUNE 12 2007 . VIOLATING MY CIVIL RIGHTS SHE SAID (MAKE
HIM SIGN THE WAIVER )
AND RECORDS WILL SHOW AT TRIAL THAT I DID NOT SIGN NETHER ONE OF THE 2

WAVIER ON JUNE 12
2007 .THEY JUST GOT THE THE CRIMINAL COERCION WAVIER THAT SGT WILBERT NOREY MADE ME SIGN
ON MAY 29 2007 .BUT ALL THE JAIL TIME AND EVERY THING ELSE ALL THE PAIN THEY WERE NEGLIGENT
FOR I DEMAND 1,000,000 FOR (NIED) DAMAGES AND 1,000 ,000 IN PUNITIVE DAMAGES SO THEY WANT DO
THEY SHOULD KNOW BETTER THEY ARE COPS NO EXCUSES



                                  PRAYER FOR RELIEF UNDER TORT  LAW FOR DAMAGES
                                  ECONOMIC TORTS
                                  #3  CONSPIRACY


They had a conspiracy to violate my civil rights and they did it also.And SGT  WILBET NOREY was the ring leader
from the first day .He was lying knowing I was not trespassing at all.From when on June 12 2007 when the Jane Doe
told SGT Wilbert Norey to( MAKE ME SIGN THE WAVIER ) I KNEW IT WAS A CONSPIRACY THEN
AND WHEN HE GOT MAD A SAID HE WOULD MACE ME CUFF ME AND BEAT ME UP THAT WAS IT
I KNEW THEN THESE WAS SOME CROOKET COPS WHO DID NOT PLAY BY THE LAW BUT THERE
OWN RULES INSTEAD SO FOR THERE CONSPIRACY TO VIOLATE MY CIVIL RIGHTS AND THEY
DID VIOLATE THEM I DEMAND 250,000 IN DAMAGES 1,000,0000 IN PUNITIVE DAMAGES SO THEY
WILL KNOW NEXT TIME THEY PLOT SOMETHING EVIL


                              PRAYER FOR RELIEF UNDER US CONSTITUTION FOR DAMAGES


        Also for them violated my US Constitutions rights and doind it maliciously not caring about my rights.Because they were
        officer thinking they was above the law and thought it was funny also.For them violating my 1,4, and 14 US Constitution
        amendment rights.And Sgt Wilbert Norey threaten to not just violate my civil rights.But also put me in a wheelchair for
        life .If I every came back to use the the library that is open to the public .And its all on

8.

tape what he said he he wants to
    deny it at trial thr truth will come out.So for them doing ths to me and plus they .Know the law its no excuses for them at all
    And also for them violating me under Civil Rights Act Under 1964 +Sec 201 +203 for Sgt Wilbert Norey using criminal
    coercion to make me sign my rights away on MaY,29. 2007.+TITLE 42 Sec 1983 Civil Action For Deprivation Of Rights
    Also Title 42 1981 Equal Rights Under Law (A)+(C) Also Title 42 Sec 1985 Conspiracy To Interfere With Civil Rights (3)
    So I demand 500,000 in  Nonpecniary damages and 1,000,000 IN PUNITIVE DAMAGES

# EXHIBITS

A. <u>AUDIO TAPES</u> OF SGT. WILBERT NOREY ON OCT. 5 , 2007 .THREATEN MY LIFE SAID IF I COME BACK TO THE LIBRARY THAT'S OPEN TO THE PUBLIC .THAT I WOULD NOT BE ABLE TO WALK OUT OF THERE .THAT IT WAS ALL A GAME TO SGT NOREY .AND HE ALSO WHEN I TOLD HIM THAT HE HAD USED .CRIMINAL COERCION TO GET ME TO SINN THE WAIVER ON .MAY 29 2007 THAT WHEN SGT WILBERT NOREY CALLED ME THE N WORD .YES ITS ALL ON TAPE OF HIM CALLING ME A NIGGER.AND TREATENING MY DANGER MY LIFE .AND THIS IS SOMEBODY THAT WE HAVE AS A POLICE TALKING .LIKE A CROOK .ITS ALL ON THE TAPE WAITING FOR A SPEEDY TRIAL

B.I HAVE THE CIRCUIT COURT OF COOK COUNTY IL THE PEOPLE OF THE STATE OF ILLINOIS VS ME KOLAWOLE SMITH
 HOW BOTH FALSE CHARGES THAT THEY SAID I HAD DID WAS BOTH DISMISS
  THE THREE FALSE CHARGES THAT WAS SOL WAS
  720-5/21-5 CRIMINAL TRESPASS TO STATE ETC..
  720-5/21-5 CRIMINAL TRESPASS TO STATE ETC..
  720-531-1-1RESIST/OBSTRUCT-PEACE OFFICER THIS FALSE CHARGE THEY ADDED ON WHEN CHESTER TOSS MY PROPERTY IN THE TRASH SO I STOPPED . AND YES I SAID IM NOT GOING NO WHERE UNTIL YOU GET MY STUFF OUT THE TRASH .THATS WHEN HE CHOKED ME WHILE I WAS IN CUFFS AND THREATED TI KILL ME WHILE HE PARTNER .THE JOHN DOE ON THE CASE JUST SAT THERE .AND DID NOTHING TO HELP ME . OR HE DID NOT TELL CHESTER TO STOP CHOKING ME. I SPENT ABOUT 3 MONTHS FIGHTING THIS FALSE CHARGES BEFORE THE CASE .WAS DISMISSED ON OCT 2 2007 .

C.COOK COUNTY ID AND TIME I WAS BOOK AND RELEASE FROM COOK COUNTY JAIL.FOR THE FALSE CHARGES THEY TRIED TO HOOK ME UP WITH

D.CSU PAPER FROM THERE WEBSITE PROVING THAT THE LIBRARY IS OPEN TO THE PUBLIC DAILY.AND ALSO PROVING THAT I WAS NOT TRESPASSING IN THE FIRST PLACE

D. MAY 29 2007 AND JUNE 12 FALSE ARREST POLICE REPORT

Exhibit B

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

     PEOPLE OF THE STATE OF ILLINOIS

                    VS               NUMBER 07125836001

     KOLAWOLE     SMITH

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-5/21-5                            M    CRIMINAL TRESPASS TO STAT
   720-5/31-1-A                          M    RESIST/OBSTRUCT - PEACE O
The following disposition(s) was/were rendered before the Honorable Judge(s):


06/13/07 BOND SET BY RULE OF COURT                07/02/07 7135
     BOWDEN DARRON EDWARD
07/02/07 BOND FORFEITURE                  B001
     SKRYD DAVID A
07/02/07 BAIL AMOUNT SET                                          $   7500
     SKRYD DAVID A
07/02/07 WARR ORD, WARR ISSUED
     SKRYD DAVID A
07/02/07 CONT FOR JUDMT ON FORFEITURE             08/08/07 7135
     SKRYD DAVID A
07/02/07 WARRANT SENT TO POLICE AGENCY
07/15/07 WARR RETURNED, EXECUTED,FILED
     MYLES RAYMOND
07/15/07 BOND TO STAND
     MYLES RAYMOND
07/15/07 MOTION STATE - CONTINUANCE -MS           07/17/07 7135
     MYLES RAYMOND
07/15/07 DEF DEMAND FOR TRIAL
     MYLES RAYMOND
07/15/07 RECALL/EXEC SENT TO POLICE AGY
07/17/07 BOND TO STAND
     BROWN JAMES R
07/17/07 JURY DEMAND BY DEFENDANT                 07/24/07 6146
     BROWN JAMES R
07/24/07 PUBLIC DEFENDER APPOINTED
     KATZ STUART PAUL
07/24/07 APPEARANCE FILED
     KATZ STUART PAUL
```

Exhibit B.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 07125836001

KOLAWOLE     SMITH

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.
07/24/07 WITNESSES ORDERED TO APPEAR
      KATZ STUART PAUL
07/24/07 CONTINUANCE BY AGREEMENT                  09/20/07 6146
      KATZ STUART PAUL
09/10/07 WITNESSES ORDERED TO APPEAR
      KURIAKOS-CIESIL MARIA
09/10/07 CONTINUANCE BY AGREEMENT                  10/02/07 6146
      KURIAKOS-CIESIL MARIA
10/02/07 STRICKEN OFF - LEAVE REINSTATE   CALL
      PETRONE MUNARI ANGELA
10/02/07 DEF DEMAND FOR TRIAL
      PETRONE MUNARI ANGELA

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 04/28/08
                                       DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Exhibit B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                   VS                    NUMBER 07125701101

    KOLAWOLE     SMITH

             CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-5/21-5                          M     CRIMINAL TRESPASS TO STAT
The following disposition(s) was/were rendered before the Honorable Judge(s):


06/13/07 PUBLIC DEFENDER APPOINTED
         BOWDEN DARRON EDWARD
06/13/07 PROBABLE CAUSE TO DETAIN
         BOWDEN DARRON EDWARD
06/13/07 DEF DEMAND FOR TRIAL
         BOWDEN DARRON EDWARD
06/13/07 BAIL AMOUNT SET                                        $   2000
         BOWDEN DARRON EDWARD
06/13/07 MOTION FOR DISCOVERY                           S       2
         BOWDEN DARRON EDWARD
06/20/07 STRICKEN OFF - LEAVE REINSTATE    CALL
         FLETCHER KENNETH LEE
06/20/07 DEF DEMAND FOR TRIAL
         FLETCHER KENNETH LEE


                        I hereby certify that the foregoing has
                        been entered of record on the above
                        captioned case.
                        Date 04/28/08

                        _____
                                  DOROTHY BROWN
                        CLERK OF THE CIRCUIT COURT OF COOK COUNTY



COOK COUNTY INMATE IDENTIFICATION
SMITH, KOLAWOLE J
CIMIS#:2007-0043552
HEIGHT:5'10"
WGT:170 Pounds
EYES:Brown    HAIR:Black
SEX:Male      RACE:Black
DOB:11/17/1980
BOOK:06/13/2007

6/25/07 Released

Two Time on June 12

COOK COUNTY INMATE IDENTIFICATION
SMITH, KOLAWOLE J
CIMIS#:2007-0052454
HEIGHT:5'10"
WGT:170 Pounds
EYES:Brown    HAIR:Black
SEX:Male      RACE:Black
DOB:11/17/1980
BOOK:07/15/2007

10-2-07 Released

Exhibit C

Exhibit D

CB# 16936497     IR# 1226935

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
RECOGNIZANCE: CRIMINAL OR QUASI-CRIMINAL

I 6554566

| ORIGIN OF BOND | Bail set by Rule of the Illinois Supreme Court OR | |
|---|---|---|
| USING AGENCY NO. CPD 009 | By _____ (PRINT NAME OF JUDGE) _____ (JUDGE'S NO.) | _____ (OFF. USE) |

DEFENDANT: YOUR RELEASE ON THIS BOND DOES NOT REQUIRE POSTING OF CASH OR SECURITIES FOR BAIL

BAIL AMOUNT: X X 1,000 00/XX — ONE THOUSAND — 00/100

DEFENDANT (Person Preparing Bond - Always complete this section)

Name (PRINT): SMITH (Last) KOLAWOLE (First) __ (MI)

Address (PRINT): 646 S. STATE

City and State (PRINT): CHGO, IL       Zip Code: 60605

STATEMENT OF DEFENDANT: I understand and accept the terms and conditions set forth below. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

Defendant's Signature X Kolan Sm

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | CHARGE | DISPOSITION |
|---|---|---|
| | 720 ILCS 5/21-3-A-2 | |

DISPOSITION entered by (Signature of Deputy Clerk) _____   Br. or Sub. CT _____   Court Date __/__/__ MO DAY YEAR

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:
- Appear to answer the charge in court until discharge or final order of court.
- Obey all court orders and process; not leave this State without permission of court and report changes of address to the Clerk within 24 hours.
- Not commit any criminal offenses while awaiting final order in this case.
- If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.
- Surrender (725 ILCS 5/110-10(a)(5)) OR not possess any firearms or dangerous weapons until final order in this case.
- Not contact or communicate with any complaining witnesses or members of their immediate families or:
- Not go to the area or premises of victims/complaining witnesses home, work, school or:
- Not to indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit:
- Undergo alcoholism or drug addiction treatment as ordered by the court.
- Undergo medical or psychiatric treatment as ordered by the court.
- If you are charged with a criminal offense and the victim is a family or household member, you are ordered to refrain from all contact or communication with:
- For a minimum of 72 hours following release, and further ordered to refrain from entering and/or remaining at the location of:
- For a minimum of 72 hours following release.
- Reside with parent/guardian in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court:
- Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court:
- Other conditions:

**FAILURE TO APPEAR - TRIAL IN ABSENTIA**
If you are charged with an offense that is classified as a felony, your failure to appear... and if found guilty, the court could impose a sentence in your absence.

**FAILURE TO APPEAR - BAIL JUMPING:**
Your failure to appear may result in the filing of an additional charge of Bail Jumping... imposed upon conviction for this offense shall... consecutively to sentences imposed for convictions related to the original offenses for which you were admitted to bail.

**VIOLATION OF OTHER CONDITIONS - POSSIBLE PENALTIES:**
Violating any of the conditions indicated on bond may result in the issuance of an arrest warrant for your arrest, forfeiture of bail judgment... full amount of the bail set by the court, revocation of this bail, imposition of additional conditions, an increase in the bail amount and... filing of an additional charge of violation... ions of bail. Felony offenses committed... admitted to bail are subject to consecutive sentencing upon conviction relative to a sentence... conviction of the original offenses for which were admitted to bail.

a.m. / p.m.  Hour 6⁰⁰

6/9/07 Month/Day/Year

This bail bond form was prepared by:

_____ (Signature of Peace Officer)    1839    Police Dept. CPD 001 DIST

Of Clerk of the Circuit Court of Cook County, by _____    Loc. _____    (CPD Dist. or Suburban City, Town, or Village)

TWO

Exhibit D

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## RECOGNIZANCE: CRIMINAL OR QUASI-CRIMINAL

**I 6495532**

| ORIGIN OF BOND | | |
|---|---|---|
| USING AGENCY NO. CPD | ☒ Bail set by Rule of the Illinois Supreme Court OR | |
| | By _____ (PRINT NAME OF JUDGE) _____ (JUDGE'S NO.) | (OFFICE USE) |

**DEFENDANT: YOUR RELEASE ON THIS BOND DOES NOT REQUIRE POSTING OF CASH OR SECURITIES FOR BAIL**

BAIL AMOUNT: $ 1,000.00 — One Thousand and 00/100

**DEFENDANT** (Person Preparing Bond - Always complete this section)

Full Name (PRINT): Smith (Last), Kolawole (First)

Address (PRINT): 6416 S. State

City and State (PRINT): Chicago    Zip Code: 60605

**STATEMENT OF DEFENDANT:** I understand and accept the terms and conditions set forth below. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

Defendant's Signature X _____

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | CHARGE | DISPOSITION |
|---|---|---|
| 720 ILCS 5-21-5(a) | Criminal Trespass to State Land | |

DISPOSITION entered by (Signature of Deputy Clerk) _____   Br. or Sub. CT _____   Court Date __/__/__

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:

Address (Number and Street): 727 E. 111 Street    City/Town/Village: Chicago, Illinois

Branch No. 35    In Room ___    on ___ at 9:00 ___

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:

- ☒ Obey all conditions and present himself in open Court without permission of court and report changes of address to the Clerk within 24 hours.
- ☒ Not commit any criminal offenses while awaiting final order in this case.
- ☒ If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.
- ☐ Surrender (725 ILCS 5/110-10(a)) OR not possess any firearms or dangerous weapons until final order in this case.
- ☐ Not contact or communicate with any complaining witnesses or members of their immediate families or:
- ☐ Not go to the area or premises of victims/complaining witnesses home, work, school or:
- ☐ Not indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit:
- ☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

- ☐ Undergo medical or psychiatric treatment...
- ☐ ...for a minimum of 72 hours following release and further ordered to refrain from entering and/or remaining at the location of:
- ☐ for a minimum of 72 hours following release...
- ☐ Reside with parents or in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court.
- ☐ Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court.
- ☐ Other conditions:

318

**FAILURE TO APPEAR - TRIAL IN ABSENTIA**

If you have been charged with an offense that is classified as a felony, your failure to appear constitutes a waiver of your rights to confront witnesses and to be present at your trial. A trial could proceed and if found guilty the court could impose a sentence in your absence.

**FAILURE TO APPEAR - BAIL JUMPING:**

Your failure to appear may result in the filing of an additional charge of Bail Jumping. Sentences imposed upon conviction for this offense shall be served consecutively to sentences imposed for convictions related to the original offenses for which you were admitted to bail.

**VIOLATION OF OTHER CONDITIONS - POSSIBLE PENALTIES:**

Violating any of the conditions indicated on bond may result in the issuance of an arrest warrant for your arrest, forfeiture of bail, judgment for the full amount of the bail set by the court, revocation of this bail, imposition of additional conditions, an increase in the bail amount and/or the filing of an additional charge of violation of the conditions of bail. Felony offenses committed while admitted to bail are subject to consecutive sentencing upon conviction relative to a sentence imposed upon conviction of the original offenses for which you were admitted to bail.

☐ a.m. ☒ p.m. Hour 6:43

Date: June 12, 2007

This bail bond form was prepared by: P.O. Walter (Signature of Peace Officer)

Or Clerk of the Circuit Court of Cook County, by _____ (Signature of Deputy Clerk)

Star No. 3534    Police Dept. CPD - 005 (CPD District No. or Suburban City, Town, or Village)

Loc. ___ (Branch or Suburban Court)

**TWO**
**I 6495532**

DEFENDANT NOTICE: Any inquiries should be directed as follows:

CCG N697-5M-2/14/03 (33480657)