# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Kolawole Smith
(Please print)

**STREET ADDRESS:** 433 W Harrison P.O Box 5290

**CITY/STATE/ZIP:** Chi IL 60680-5290

**PHONE NUMBER:** 773-441-3237    Cell - 773-734-4709

**CASE NUMBER:** 08CV 2414
JUDGE NORGLE
MAGISTRATE JUDGE ASHMAN

Signature: Kolawole Smith    Date: 4/28/09

FILED
APR 2 8 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT