## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2414 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Smith vs. Illinois State Police, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application to Proceed in Forma Pauperis [4] is granted.

*Charles R. Norgle* (signature)

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|