IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOLAWOLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2414 |
| v. ) | |
| ) | Judge Norgle |
| ILLINOIS STATE POLICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

DEFENDANTS, the Illinois State Police, Sergeant Wilber Norrey, Sergeant Chester Montgomery, Sergeant Veronica Harris, and Akilah Marshall (Chicago State University Defendants), hereinafter, collectively referred to as "Defendants", by their attorney, LISA MADIGAN, Illinois Attorney General, hereby move for an extension of time of fourteen (14) days, to and including August 12, 2008, to file a responsive pleading to Plaintiff's Complaint. In support thereof, the Defendants state as follows:

1. On May 20, 2008, *pro se* Plaintiff filed a rambling and incoherent complaint purporting to state a cause of action for violations of Plaintiff's civil rights under 42 U.S.C. § 1983 for her arrest at the Chicago State University library on May 29, 2007. (Dkt. No. 7).

2. The Illinois State Police's answer or responsive pleading is currently due on July 29, 2008.[1]

---

[1] It is unclear as to why the Illinois State Police is named a defendant in this matter. Plaintiff does not mention or make any allegations against the Illinois State Police in her Complaint.

1

3.      On the same date, July 29, 2008, Defense counsel received requests for representation from the Chicago State University Defendants. As of the filing of this motion, it is unclear as to exactly when the Chicago State University Defendants were served with Plaintiff's Complaint or when their responsive pleading is due.

4.      For the sake of judicial economy, Defense Counsel would like to file one responsive pleading on behalf of all the Defendants. Therefore, Defendants respectfully move this Honorable Court for an extension of time in which to prepare a responsive pleading to Plaintiff's Complaint.

WHEREFORE, for the foregoing reasons, Defendants, the Illinois State Police, Sergeant Wilber Norrey, Sergeant Chester Montgomery, Sergeant Veronica Harris, and Akilah Marshall, respectfully request that this Honorable Court for an extension of time of fourteen (14) days, to and including August 12, 2008, to file a responsive pleading to Plaintiff's Complaint.

| | |
|---|---|
| LISA MADIGAN<br>Illinois Attorney General | Respectfully submitted,<br><br>/s/ Kathleen L. Ford<br>KATHLEEN L. FORD<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph Street, 13th Fl.<br>Chicago, IL 60601<br>(312) 814-5160<br>kford@atg.state.il.us |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system.  I further certify that on the same date, a copy of the foregoing was mailed to Plaintiff, Kolawole Smith, at the following address: 433 W. Harrison, P.O. Box 5290, Chicago, Illinois 60680-5290.

                                                   /s/ Kathleen L. Ford