IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOLAWOLE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2414 |
| v. | ) | |
| | ) | Judge Norgle |
| ILLINOIS STATE POLICE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Kolawole Smith
      433 W. Harrison
      P.O. Box 5290
      Chicago, IL  60680-5290

PLEASE TAKE NOTICE that on **August 1, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, or whomever may be sitting in his stead, Room 2341, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN | s/Kathleen L. Ford |
| Attorney General of Illinois | KATHLEEN L. FORD |
| | Assistant Attorney General |
| | General Law Bureau |
| | 100 West Randolph St., 13th floor |
| | Chicago, Illinois 60601 |
| | 312-814-5160 |
| | kford@atg.state.il.us |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 29, 2008, she electronically filed the above document with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

s/Kathleen L. Ford