# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kolawole Smith | 08C2414 |
| DEFENDANT | TYPE OF PROCESS |
| Illinois State Police, et al. | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Illinois State Police

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 9780 E Lake Shore Dr Springfield IL 62712   217-785-9610

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kolawole Smith
431 West Harrison, P.O. Box 5290
Chicago, IL 60680-4709

Number of process to be served with this Form - 285: **1**

Number of parties to be served in this case: **5**

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
7-28-2008
JUL 28 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. MARSHALS SERVICE CENTRAL ILLINOIS — RECEIVED 2008 JUN 16

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

*Kolawole Smith*   DATE: 05-30-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 of 5  | District of Origin No. 24 | District to Serve No. 20 | Signature of Authorized USMS Deputy or Clerk | Date: 05-30-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lt Zerbonia, ISP

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 07/08/08  Time: 1307 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | $2.02 | | 47.02 | | 47.02 | 0 |

REMARKS: