IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOLAWOLE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 08 CV 2414 |
| | ) | |
| ILLINOIS STATE POLICE, *et al.*, | ) | The Hon. Charles R. Norgle |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: Kolawole Smith, *pro se*
433 W. Harrison
P.O. Box 5290
Chicago, IL 60680-5290

PLEASE TAKE NOTICE that on **August 15, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, or whomever may be sitting in his stead, in Room 2341 of the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **STATE DEFENDANTS' RULE 12(b)(1) and 12(b)(6) MOTION TO DISMISS,** a copy of which is hereby attached.

|  |  |
|---|---|
|  | /s/ Kathleen L. Ford |
| LISA MADIGAN | KATHLEEN L. FORD |
| Attorney General of Illinois | Assistant Attorney General |
|  | General Law Bureau |
|  | 103 W. Randolph St., 13th Fl. |
|  | Chicago, IL 60601 |
|  | (312) 814-5160 |
|  | kford@atg.state.il.us |

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I caused to be mailed a copy of the foregoing to Plaintiff at the above address via U.S Mail, postage pre-paid.

/s/ Kathleen L. Ford
Kathleen L. Ford