UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kolawole Smith
                         Plaintiff,

v.                                                  Case No.: 1:08−cv−02414
                                                  Honorable Charles R. Norgle Sr.

Illinois State Police, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion hearing held on 8/15/2008. Plaintiff failed to appear. Plaintiff's response to Defendants' Motion to Dismiss[18] is due on or before 9/5/2008. Defendants' reply is due on or before 9/19/2008. Status hearing set for 10/31/2008 at 10:30 a.m. Plaintiff is admonished that failure to appear may result in dismissal of his case. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.