MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVION

KOLAWOLE SMITH             court no 08 cv 2414

   Plaintiff               The Hon .Charles R Norgle
                           Magistrate Judge Ashman

Vs

ILLINOIS STATE POLICE, et al

   Defendants

**FILED**
J N  AUG 26 2008
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CERTIFATE OF SERVICE

I KOLAWOLE SMITH ON 8-26-08 MAILING A COPY .OF MY RESPONSE TO DEFENDANT MOTION TO DIS MISS .TO THE ADDRESS BELOW.

TO
Kathleen l ford
103 w Randolph st 13 fl
Chi IL 60601
312 – 814-5160
kford@atg.state.il.us