MHG

KOLAWOLE SMITH            PLANTIFF           Case No:1:08-cv- 2414
                                             Honorable Charles R .NORGLE SR.

vs

**FILED**

ILLINOIS STATE POLICE ,ET AL   DEFENDENT

AUG 2 6 2008  LCW
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RESPONSE TO DEFENDENTS MOTION TO DISMISS

OK FIRST OF ALL KATHLEEN L FORD GOT THE STORY TWISTED .I CAN SEE THAT BECAUSE OF WHAT SEE TYPED .ITS NOT TRUE ITS A LIE FIRST OF ALL .AND I KNOW THE LYING CROOKED COPS MUST OF TOLD HER THAT .BECAUSE I KNOW KATHLEEN L FORD WOULD NOT BE TRYING TO HIDE THE TRUTH .FROM THE HONORABLE CHARLES R NORGLE SR AND THE COURTS AND JURY.I KNOW KATHLEEN L FORD WANTS JUSTICE TO .SO KATHLEEN L FORD I FORGIVE YOU FOR WRITING THOSE LIES .I KNOW IT WAS YOUR BAD I KNOW YOU WAS NOT THERE.AND THE CROOKED COPS TOLD YOU THAT .BUT HERE THE TRUE STORY WHAT REALLY HAPPEN .ON MAY 29.2007 I WENT TO THE CSU TO USE THE COMPUTERS .LIKE I ALWAYS DO BECAUSE ITS OPEN TO THE PUBLIC .I HAD BEEN THERE TO MANY TIMES BEFORE .SO I COME IN AND GIVE AKILAH MARSHALL MY ID TO HOLD WHILE IN BUILDING.THATS HOW IT GOES THEY HOLD YO ID UNTIL YOU LEAVE BUILDING IF YOU ARE NOT  STUDENT THERE.OK I GIVE HER MY ID AND AKILAH MARSHALL AND SHE SITS IT ON THE COUNTER .INSTEAD OF PUTING IT IN THE BOX WHERE IT BELONGS.NOW WHICH IDENTITY THEFT GOING AROUND SO MUCH .TO BE SAFE I TOLD HER TO PUT MY ID IN THE BOX WHERE IT BELONGS.NOW THIS IS HOW IT ALL STARTED
AKILAH MARSHALL STARTED ALL .SO WHEN I TELL HER COULD SHE PUT MY ID WHERE IT BELONG .THATS WHEN SHE GETS ATTITUDE BECAUSE I TELL HER TO DOM HER JOB.SHE GETS A ATTITUDE WITH ME WHEN SHE WAS IN THE WRONG. IDS GOT IN THE BOX I BEEN THERE TO MANT TIMES I KNOW THE PROCESS.I TELL YOU IF SHE WAS DOING HER JOB
THIS WOULD OF NEVER HAPPEN .OK THEN SHE STARTS I BETTER BE GLAD .THAT SOMEBODY ELSE WAS NOT WORKING .THAT SHE WAS THE NICE ONE BECAUSE .ANYBODY ELSE WOULD HAVE BEEN THROW ME OUT .SO IM THINKING LIKE THANK GOD I KNOW THE LAW .THIS WOMEN IS MAD AT ME BECAUSE I TOLD HER TO DO HER JOB.WHICH IS TO PUT ID IN THE BOX AND GIVE ONEDAY PASS SLIPS.SO  I HAD TO SAY SOMETHING BACK SO I SAID .AINT NOBODY GONE VIOLATE MY RIGHTS .SO THEN I SAID LOOK I COME IN PEACE LIKE I WAS TO HER.YOU KNOW I HAD BEEN IN THE LIBRARYSO MANT TIME AND NO PROBLEM.BUT ON THAT DAY WHEN I TOLD HER THE TRUTH SHE GOT MAD.AND WHEN I SAID I KNOW ABOUT MY RIGHTS THAT NO POLICE GONE VIOLATE ME .THAT WHAT MADE HER MAD .SO THIS CASE IS ABOUT JUSTICE ITNOT ABOUT NO MONEY .BECAUSE IF MY RIGHTS WAS NOT VIOLATE I WOULD STILL BE GOING IN THE LIBRARY LIKE I HAD BEEN WITH NO PROBLEM . OK SO I TELL HER I COME IN PEACE THAT I WAS NOT.HERE TO START TROUBLE I JUST DID NOT WANT NOBODY .TO STEAL MY IDENTITY
THATS WHY I WAS SAYING PUT IT IN BOX.  TO LET HER KNOW I CAME IN PEACE .SO IT WAS 8AM SOMETHING WHEN IT FIRST OPEN.I WAS THERE EARLY SO I GO GET ON THE COMPUTER .AND 4 HOURS LATER HE COME SGT NOREY SGT VERONICA AND A NOTHER
COP. SAYING I HAD A WARRANT SO I GO TO CSU STATION .OK SLOW DOWN I CAME IN THE LIBRARY AT 8 AMSOMETHING.THIS WHAT I SAY HAPPEN SHE WAS MAD LIKE IM GET HIM. AND MUST OF SAID LET ME GET HIS NAME RANNED.ABOUT 12 BECAUSE IT ONLY TAKE A FEW MINS FOR YO CHECK TO COME BACK .SO THATS WHAT SHE HAD TO DO

IT DONT TAKE A ROCKET SCIENCE TO SEE THAT .BECAUSE I WAS ON THE COMPUTER
FOR LIKE 4 HOURS BEFORE THEY CAME IN SAYING I HAD A WARRANT .SO AKILAH
MARSHALL PLOTTED ALL THAT WHAT SHE DID BY GETTING MY NAME RANNED .OK
BACK TO THAT LIE THAT KATHLEEN L FORD WROTE.ON PAGE (2) I QUOTE( WHILE LARGELY
INDECIPHERABLE PLAINTIFF STORY COMPLAINT APPEARS TO BE BASED ON HIS AREST
(PURSUANT TO A WARRANT).FOR CRIMINAL TRESPASS TO STATE SUPPORTED LAND AT
CHICAGO STATE UNIVERSITY ( CSU) LIBRARY ON MAY 29, 2007.NOW THAT A QUOTE
FROM WHAT KATHLEEN L.FORD WROTE ON PAGE 2 OF HER MOTION. THATS A LIE I DID
NOT HAVE A WARRANT .FOR CRIMINAL TRESPASS TO STATE SUPPORTED LAND (CSU)
I HAD A WARRANT FOR THE CPD AT HILTON GIVING ME  I TRUMPED UP CHARGE.
SO I DONT APPRECIATE YOU KATHLEEN L FORD .WRITING THEM LIES MAKING THE
THE JUGDE NORGLE AND THE COURTS BELIEVE THAT LIE.I HAD A WARRANT THAT HAD
NOTHING TO DO WITH CSU.IT WAS FROM THE HILTON FALSE CHARGE THEY PUT ON
ME .SO YOU BOGUS FOR PRINTING THAT LIE ABOUT ME .ALL THE POLICE RECORD FROM
THAT DAY MAY 29.2007 WILL PROVE THAT .OK BACK TO WHAT I WAS SAYING IM ON THE
COMPUTER .IN THE CSU LIBRARY WHICH IS OPEN TO THE PUBLIC .YOU BOGUS FOR
LYING ON ME LIKE THAT .THE TRUTH GONE COME OUT SO BE READY .BUT SINCE YOU
WAS NOT THERE THIS WHAT HAPPEN.ABOUT 12 IN AFTERNOON ON MAY 29 2007. SGT
NOREY (THE CROOKED SGT WHO USED CRIMINAL COERCION ON ME IN STATION ON
MAY 29 2007).OK BACK TO WHAT I WAS SAYING SO THEY COME IN AND SAY YOU GOT A
WARRANNT.I KNEW I HAD A WARRANT FROM THE FALSE TRESPASS AT THE HILTON)
.BUT STILL THEY HAD NO RIGHT TO RUN MY NAME .I CAME IN THE LIBRARY AT 8 AND
ABOUT 12 THEY SAYING I GOT A WARRANT.(THE ARREST PAPER FOR MAY 29 2007 WILL
BE SUBPONAS FOR OUR TRIAL .)SINCE YOU KATHLEEN L FORD WANT TO LIE AND SAY
THE WARRANT WAS FOR TRESPASSING ON CSU .AND YOU WROTE THIS SO IT AINT NO
TAKING THIS LIE BACK YOU KNOW THAT KATHLEEN L FORD.OK NOPW IM IN THE STATION
POLICE REPORT WILL AGREE WITH ME AT 12 SOMETHING . OK THIS IS WHERE MY 4
CONSTITUTION RIGHT WAS VIOLATED .YOU HAD NO BUSINESS RUNNING MY NAME
WHILE I WAS ON COMPUTER POINT BLANK.I WAS NOT UNDER ARREST SO YOU HAD NO
BUSINESS.BUT AKIAH MARSHALL PLOTTED ON ME AND MUST SAID .LET ME RUN HIS
NAME WITHOUT HIM KNOWING IT . AN D I JUST SO HAD A WARRANT  FROM .THE FALSE
HILTON CASE WHICH I BEAT THE CHARGE BACK TO THAT LATER.OK SO NOW IM IN THE
CSU STATION AND (CROOKED)SGT NOREY THAT GUYS A CROOK IS SAYING TOME . YOU
KNOW YOU TRESPASSING NOT KNOWING I ALWAYS COME TO THE CSU LIBRARY .HE
THINKING THIS IS MY FIRST TIME HERE . SO IM LETTING HIM HANG HISSELF IM PLAYING
ALONG WITH THE CROOK . HE TELLING ME THAT IM TRESPASSING LYING TO MAKE ME
SIGN A WAVIER. SO IM THINKING IM GOING TO THE COUNTY ON THIS HILTON FASLE TRESPASS
WARRANT. NOW HOW WOULD IT LOOK TO A JUDGE WITH TWO FALSE TRESPASS
CHARGES.SO THE CROOK SGT NOREY AND I WILL TELL HIS MOMMA HE A CROOK AND
HE KNOW WHAT HE DID TO ME ON MAY 29 2007. SO HE TELL ME JUST SIGN THE WAVIER
AND HE WOULD NOT CHARGE ME WITH A FALSE TRESPASS CHARGE.(SO HE TOLD ME
TO SIGN OR HE WAS GONE CHARGE ME WITH ANOTHER FALSE TRESPASS EVEN WHEN
HE KNEW I WAS NOT TRESPASSING HE A  DOG COWARD CROOKED COP AND THE
LORD OF LORDS KINGS OF KINGS KINKG JESUS GONE BRING HIM TO JUSTICE.)SO THE
CROOK MAKE ME SIGN IT OR ANOTHER FALSE CHARGE.(SO IM THINKING TO MYSELF IM
BERT THIS FALSE TRESPASS WARRANT FROM THE HILTON AT THE COUNTY AND I
WILLL BE BACK.THIS GUY JUST TRIED TO DO ME I CAN TELL WHY I SIGNED THE
WAVIER.I DID NOT NEED NO MORE FALSE CHARGES. SO I GO TO COURT ON THE FALSE
TRESPASS FOR THE WARRANT I HAD .AND I BEAT THE FALSE CHARGE .AND GET OUT
THE COUNTY ON JUNE 6 2007.SO I WAIT 6 DAYS AND WENT BACK TO CSU. I GO GET MY
PROPERTY THEN I GO TO THE LIBRARY. AND I SEE THE TROUBLE MAKER AKILAH
MARSHALL .SO ONLY THING I SAY WAS TO MAKE SURE I HAD HER REAL NAME

.BECAUSE I TOLD HER I WOULD BE HANDLING THIS THE LEGAL WAY .SHE CALL THE ILLINOIS STATE POLICE THAT WORK ON THE CAMPUS.SGT VERONICA AND ANOTHER COP ARRIVED .SO I SAID I DID NOT DO NOTHING .BUT ASK FOR HER NAME THEY LOCKED ME UP ON JUNE 12 2007 FOR THAT.
THATS WHERE (THATS WHERE THEY VIOLATED MY 1 CONSTITUTION RIGHT FREEDOM OF SPEECH) .BECAUSE ONLY THING I SAID WAS WHAT YO NAME. AND THEYB LOCKED ME UP. SO IN THE STATION THEY TRIED TO MAKE ME SIGN ANOTHER WAVIER .(AND I WANT THE WAVIER FROM MAY 29 2007 AND JUNE 12 2007 SUBPOENAS FOR OUR TRIAL) AND THEY WILL SHOW THAT I ONLY SIGNED ON MAY 29 2007 WHEN I WAS CRIMIANL COERCIONED BY CROOKED SGT NOREY)AND MAKE IT SO BAD THE JANE DOE ON THIS CASE I DONT KNOW HER NAME .(TOLD SGT NOREY TO MAKE ME SIGN WHEN I REFUSED)AND HE GOT MADE AND SAID THAT HE WOULD CUFF ME AND BEAT ME UP ) SO THEY LOCK ME UP
FOR TALKING VIOLATING MY( 1 CONSTITUTION RIGHT FREEDOM OF SPEECH AND IT WAS A JOKE TO THEM ALSO) SO ALL THAT 42 USC 1983
THAT YOU ARE TRYING TO ARGUE KATHLEEN L FORD AINT GONE SAVE YOU . BECAUSE NCANT NOBODY VIOLATE MY CIVIL RIGHTS AND GET AWAY WITH IT KATHLEEN L FORD. THEY VIOLATED MY 1 4 14 +CIVIL RIGHTS ACT OF 1964 TITLE 2 SEC 201 A B + title 2 203 A + B )SO KATHLEEN L FORD I KNOW YOU AINT BLIND ITS ALL IN MY COMPLAINT .YOU TALKING ABOUT42 USC  1983 LIKE THAT ALL THEY VIOLATED SO LOOK MORE CAREFUL NEXT TIME YOU READING .BECAUSE YOU MISSED ALOT POINT BLANK THEY BOGUS AND THEY WILL BE BROUGHT TO JUSTICE .AND YOU OR NONE OF THE LIES GONE HELP YOU BECAUSE GOD GOT ME NOW WHAT.PROVERB 6:19 SAYS GOD HATE A FALSE WITNESS WHO SPEAKS LIES .AND PSALMS 5: 9 ,10 SAYS (FOR THERE IS NO FAITHFUL NESS IN THEIR MOUTH THEIR INWARD PART IS DESTRUTION THEIR THROAT IS AN OPEN TOMB THEY FLATTER WITH THEIR TONGUE VERSE 10 SAYS PRONOUNCE THEM GUILTY O GOD LET THEM FALL BY THEIR
OWN COUNSELS )LET THEM FALL BY THEIR OWN COUNSEL AND KATHLEEN L FOR YOU ARE THEIR COUNSEL. THEY GONE FALL BY YOU BECAUSE YOU WROTE . LIKE IM SUING BECAUSE I HAD A WARRANT FROM CSU FOR TRESPASSING ON MAY 29 2007.WHEN I GOT ARREST IT HAD NOTHING TO DO WITH TRESPASSING ON CSU . IT WAS FROM THE HILTON AT OHARE AND SUBPOENAS PAPERS WILL PROVE AT OOR TRIAL. BUT YOU JUST TRIED TO MAKE THE HONORABLE CHARES AND THE COURTS BELIEVE THAT LIE .LOOK HERE ON MAY 29 2007 I WENT TO JAIL BECAUSE THEY RAN MY NAME .BOGUSLY AND VIOLATED MY 4 CONSTITUION RIGHT .IT HAD NOTHING TO DO WITH CSU AND ON THE 12 THEY CHARGE ME WITH TRESPASS. AND TRIED TO USE THAT WAVIER THAT SGT MADE ME SIGN ON THE MAY 29 2007.BUT THE TRAP THEY SET FOR ME THEY ABOUT TO FALL IN IT .CAUSE THE BATTLE AINT MINE ITS THE LORDS .OK YOU WROTE I WAS ARESTED AND MAY 29 2007 FOR A WARRANT FOR TRESPASSING ON STATE SUPPORTED LAND .THAT I LIE GO ASK THE PEOPLE BECAUSE THEY GOT OU LOOKING REAL FOOLISH .WITH THEM LIES ALL THE PAPER WILL BE READY FRO TRIAL . SO BE READY YOU WRITING LIES I KNOW WHAT I WAS LOCKED UP FOR .AND YOU KEEP SAYING HOW WAS THE STATE POLICE INVOLVED AINT SGT WILBERT NOREY SGT VERONICA HARRIS CHESTER MONTGOMERY
HIS PARTNER JANE DOE .AINT ALL OF THEM STATEPOLICE DONT THEY WORK FOR THE STATE POLICE .BECAUSE KATHLEEN L FORD
I QUOTE YOU AS SAYING ON PAGE 2 OF( YOUR LYING MOTION )ITS UNCLEAR HOW ISP WAS INVOLVED .WELL HERE YOUE ANSWER KATHLEENBECAUSE THEY ARE ALL IL STATE POLICE . THAT HOW THEY ARE INVOLVED AND THEY DID THIS TO ME .SO YOU GOT THE ANSWER TO YOUR ? KATHLEEN.AND THEY DID THIS TO ME I ALSO HAVE SGT WILBERT ON TAPE .CONFESSING HE KNEW RUNNING MY NAME WAS WRONG AND HIM CALLING ME A NIGGER ETC AS MY EXHIBITS JUST  WAITING .FOR THE HON CHARLES AND THE JURY TO HEAR SO THEN WE GONE SEE WHO REALLY LYING .ALSO I STATED THE CIVIL RIGHTS ACT OF 1964 TITLE 2 SEC 201 A B+TITLE 2 203 A B
203 A B BECAUSE SGT NOREY HE DID A + B OF 203 .BECAUSE HE COERCE MY TO SIGN THE WAVIER ON MAY 29 2007 .BY SAYING HE WOULD PUT A FAKE CHARGE OF TRESPASS ON ME .AND HE DEPRIVE ME OF MY RIGHT TO COME BACK TOTHE PUBLIC LIBRARY WHICH IS OPENTO PUBLIC .WHICH IS A OF 203 .IT WAS A GOOD TRICK TO

DEPRIVE ME OF MY RIGHTS BUT .I CANT LOSE MY GOD FIGHTC FOR ME AND HE CANT LOSE .NOW ITS TIME TO BRING THESE CROOK TO JUSTICE .FOR WHAT THEY DID TO ME AND NO TELLING HOW MANY MORE. SO I BEAT BOTH FALSE CHAGRES I SENT TWO AND A HALF MONTHS IN JAIL .SO NOW ITS TIME FOR JUSTICE HALLELUJAH. BUT IN STILL CANT UNDERSATND HOW KATHLEEN DID NOT SEE ALL THE OTHER THINGS. AND TRIED TO AGRUE ON THE 1983 NOT A GOOD PLAN NO NOT GONE WORK .IT TIME FOR JUSTICE THEY KNOW WHAT THEY DID  NO TIME TO BE SCARED NOW CROOKS. AND SEEM LIKE YOU MISSED WHENI SAID MY 14 CONSTITUTION RIGHT WAS VIOLATED ALSO . WHEN SGT CRIMINAL COERION TO MAKE ME SIGN MY RIGHTS .AWAY OR HE WAS GONE TO PUT A BOGUS CHARGE ON ME .OF TRESPASSING WHEN THE LIBRARY IS OPEN TO THE PUBLIC .AND I HAVE BEEN THERE MANY TIMES BEFORE.AND HER ONLY ARGUMENT IS WEAK AND HAS NOTHING TO DO WITH ME.BECAUSE
HER ARGUMENT IS WEAK SHE ONLY STATE 42 1983 . I ALSO WROTE 42 USC 1985 (3) CONSPIRACY TO INTERFERWITH CIVIL RIGHTS .THATV HAPPEN WHEN SGT NOREY USE CRIMINAL COERCION
ON ME MAY 29 2007.TO MAKE ME SING WAVIER SO NEXT TIME I COME .HE COULD LOCK ME UP FOR TRESPASSING IT WAS ALL A EVIL PLOT. AND THAT WHAT HE DID WHEN I WAS LOCKED UP ON MAY 29 2007 .AFTER MY NAME WAS RANNED BECAUSE AKILAH MARSHALL .RAN MY NAME 4 HOURS LATER AND FOUND I HAD A WARRANT FROM THE HILTON AT OHARE  FOR A FALSE CHARGE.
THAT WHAT I WAS LOCKED UP FOR AND RECORDS WILL PROVE AT TRAIL .NOT THE LIE KATHLEEN TOLD IN HER WRITING .ON PAGE 2 IS A BIG LIE THAT SHE TOLD THE COURTS AND PRINTED THE LIE.PAGE 2 I QUOTE HER AS SAYING (PLAINTIFF S STORY COMPLAIN APPEARS TO BE BASED ON HIS ARREST (PURSUANT TO A WARRANT )FOR CRIMINAL TRESPASS TO STATE SUPPORTED LAND (AT CHICAGO STATE UNIVERSITY LIBRARY ON MAY 29 2007.)NOW THAT IS A QUOTE FROM THE LIE SHE WROTE .FIRST OF ALL I WAS NOT LOCKED UP FOR .CRIMINAL TRESPASS TO STATE SUPPORTED LAND AT USC ON MAY 29 2007. OK KATHLEEN L FORD FOR YO INFOMATION .ON MAY 29 2007 I WAS LOCKED UP .BECAUSE THEY RANNED MY NAME 4 HOURS AFTER I WAS IN THE LIBRARY .BOGUSLY WHICH MADE THEM VIOLATE MY 4 AMENDMENT RIGHT .BECAUSE I WAS NOT UNDER ARREST I WAS USING THE COMPUTER LIKE I ALWAYS DID. AND I GOT LOCKED UP FOR
A FASLE CHARGE OF TRESPASSING ON CSU. ON JUNE 12 2007 AFTER I ASKED FOR AKILAH MARSHALL NAME FOR THE LEGAL PURPOSE .THAT WHEN SHE GOT SCARED CALL THE IL STATE POLICE THAT WORK ON THE CAMPUS.YOU TRYING TO CONFUSE THE COURTS AND JUDGE KATHLEEN .THEY ARE ILLINOIS STATE POLICE THAT WORK ON THE CAMPUS .YOU LYING SAYING THEY ARE JUST CHICAGO STATE UNIVERSITY POLICE ).ONLY ONE THEY IS NOT A ILLINOIS STATE POLICE IS (AKILAH MARSHALL). THR REST SGT WILBERT NOREY SGT VERONICA HARRIS CHESTER MONTGOMERY +PARTNER .ARE ALL ILLINOIS STATE POLICE AND YOU KNOW THAT .THAT WHY THEY ARE NAMED BUT YOU KNEW THAT .KATHEEN L FORD (BUT YOU JUST A BIG LIAR LIKE THEM
AND YES I SAID YOU A LIAR BECAUSE  YOU IS  A LIAR .BUT THE BIBLE SAYS ALL LIAR GONE HAVE THEIR PART IN THE LAKE OF FIRE(REVELATION) . AND PROVERDS SOLOMON THE WISEST MAN SAID GODS HATES A FALSE WITNESS THAT SPEAK LIES (PROVERBS 6:19)READ IT OK  YOU LYING TO THE COURTS OK SO NOW U KNOW WHAT REALLY HAPPEN. I WILL HAVE MY COOK COUNTY PAPERS FOR THE MAY29 2007. YOU SAY IT WAS FOR TRESPASSING ON CSU. I SAY YOU LYING IT WAS FROM THE HILTON I WENT TO JAIL AND BEAT IT . AND GOT OUT THE COUNTY JAIL ON JUNE 6 2007 WAITED THEN WENT BACK TO CSU ON THE 12 OF JUNE I GOT ALL THE RECORDS KATHLEEN L FORD. AND THE JUGDE AND THE COURTS GONE SEE THE TRUE IN TRAIL .A KATHLEEN L FORD DONT BE SCARED OF TRAL AND THE TRURT( LOL  ).THEY ILLINOIS STATE POLICE SO THEY KNOW THE LAW . THEY JUST WAS THINKING THEY COULD DO ANYTHING .AND GET AWAY WITH IT NOW ITS TIME FOR JUSTICE.AINT NOBODY ABOVE THE LAW KATHLEEN NOT EVEN THE POLICE . THEY KNOW WHAT THEY DID I SAID IN JAIL .TWO HALF MONTHS FIGHTING A TRESPASS AND BEAT IT THANK GOD FOR THAT. BECAUSE A CROOKED COPS MADE ME SIGN A WAVIER TO SET ME UP .AND SIGN AWY MY RIGHTS TO COME TO THE LIBRAY .OR HE WOULD GIVE ME ANOTHER FALSE

TRESPASS.AND I WAS GOING TO JAIL FOR ONE ALL READY .YEAH YOU BETTER THANK GOD IM GOING THE LEGAL WAY ALL WHAT THEY DID TO ME .JAIL FOR MONTHS BECAUSE SOME CROOKED COPS WANT TO VIOLATE MY RIGHTS .IM FROM THE PROJETS SO THANK GOD I DID NOT( GO POSTAL.)AND THAT IM DOING IT THE LEGAL WAY HALLELUJAH FOR THAT .BUT THEY LYING YOU LYING THEY GUILTYM OF ALL WHAT I SAID THEY DID.AND ITS TIME FOR JUSTISE POINT BLANK .AND ALSO SGT WILBERT NOREY VIOLATED MY 1964CIVIL RIGHT ACT TITLE 201 A+ B +203 A + B  AND ITS ALL IN MY COMPLAINT .WHEN HE COERCE ME TO SIGN AWAY MY RIGHTS .BY THREATEN TO CHARGE ME WITH FASLE TRESPASS .WHEN THE LIBRARY IS OPEN TO PUBLIC.KNOWING I WAS NOT TREPASSING BECAUSE ITS OPEN TO PUBLIS STATE FUNDED FOR US TO ENJOY. ALSO HE DID IT SO IF I EVER CAME BACK HE WOULD SAY I SIGNED A WAVIER. IT WAS A GOOD TRICK I MUST ADMIT CROOKED SGT NOREY BUT IT ALL OVER NOW TIME FOR .JUSTICE YOU CROOK YOU AND YOUR COUNSEL WILL BE PUT TO SHAME AT OUR TRIAL .AND THE LORD OF HOST KING OF KING JESUS WILL GET THE GLORY HALLELUJAH

*Kolawole Smith* 8/26/08

5